USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____03/15/2024____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PHIL FELICE, et al.,

                              Plaintiffs,

            -against-

WESTPARK CAPITAL, INC., et al.,

                            Defendants.
---------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**23-CV-10138 (JPO)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 51).  A telephone conference will be held on **Monday, April 8, 2024 at 4:00 p.m.** in advance of a settlement conference.  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

       **SO ORDERED.**

Dated: March 15, 2024
      New York, New York

_____
   KATHARINE H. PARKER
   United States Magistrate Judge