AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Phil Felice et al.

Plaintiff (s),

V.

WestPark Capital Inc., et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-10138-JPO

Notice is hereby given that, subject to approval by the court, __WestPark Capital Inc.__ substitutes
(Party (s) Name)

__Marc L. Abramson__, State Bar No. __2330702__ as counsel of record in
(Name of New Attorney)

place of __Julie E. Kamps__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: WestPark Capital Group, LLC
Address: 225 N.E. Mizner Blvd. Suite 530    33432
Telephone: (561) 918-2507    Facsimile _____
E-Mail (Optional): mabramson@westparkcapitalgroup.com

I consent to the above substitution.

Date: 1/2/2025

Frank Salvatore
Digitally signed by Frank Salvatore
Date: 2025.01.02 15:27:27 -05'00'

(Signature of Party (s))

I consent to being substituted.

Date: 1/2/2025

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/2/2025

/s/ *Marc L. Abramson*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 8, 2025

J. PAUL OETKEN
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]