UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHIL FELICE, *et al.*, | |
| Plaintiffs, | 23-CV-10138 (JPO)(KHP) |
| -v- | ORDER |
| WESTPARK CAPITAL, INC., *et al.*, | |
| Defendants. | |

In connection with the Order of Reference in this case referring the parties to this Court for settlement (ECF No. 51), and the recent decision of Judge Oetken denying reconsideration of the motion to dismiss (ECF No. 116), the parties shall submit a joint letter on or before May 1, 2025, setting forth their respective positions on whether they believe another settlement conference would be productive and, if so, the parties shall set forth several dates they propose to conduct such a conference.

**IT IS SO ORDERED.**

Date: 4/17/2025
New York, NY

_____
Hon. Katharine H. Parker
United States Magistrate Judge