**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

Phil Felice, Individually and on behalf of CAMA Plan,
FBO Phil Felice Roth IRA, Dawn Felice, Individually
and on behalf of CAMA Plan FBO Dawn Felice Roth
IRA, Michael Carey, Individually and on behalf of
Michael Carey Traditional IRA (15-01), and Michael
Carey Traditional IRA (0504), Steven Spivack,
Kathleen Spivack, Frank Held and Vincent Ruta,

Case No. 1:23-cv-10138

**ORDER**

Plaintiffs,

- against -

Westpark Capital, Inc., Robert Ainbinder,
Michael Ainbinder and NYIAX, Inc.,

Defendants.

--------------------------------------------------------------------X

Upon the application of defendants NYIAX, Inc. and Robert E. Ainbinder, Jr., and third-party defendants Robert E. Ainbinder, Jr., Teresa Carol Gallo, and William Feldman, it is hereby ordered that:

Defendant Westpark Capital Inc.'s cross claim against defendant Robert E. Ainbinder, Jr. (ECF 128) is hereby dismissed without prejudice pursuant to FRCP 41(c) as set forth by the parties to that cross claim in a stipulation of dismissal filed on October 16, 2025 (ECF 171);

Defendant Westpark Capital Inc.'s cross claim against defendant NYIAX, Inc. (ECF 131) is hereby dismissed *with prejudice* pursuant to FRCP 41(c) as set forth by the parties to that cross claim in that same stipulation of dismissal filed on October 16, 2025 (ECF 171);

Defendant Westpark Capital Inc.'s third-party claims against Robert E. Ainbinder, Jr., Teresa Carol Gallo, and William Feldman (ECF 133) are hereby dismissed *with prejudice* pursuant to FRCP 41(c) as set forth by the parties to those third-party claims in the same stipulation of dismissal filed on October 16, 2025 (ECF 171).

12523898.1

The clerk of the court is directed to mark the aforesaid cross claims and third-party claims dismissed to the extent not already so marked.

Dated:
    New York, New York

So ordered

1/21/2026

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge

12523898.1